ORIGINAL

# In the United States Court of Federal Claims

No. 17-1877T
(Filed: January 24, 2018)

|  |  |  |
|---|---|---|
| TWALLI ZOLMAN, | ) | |
|  | ) | |
| *Pro Se* Plaintiff, | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| THE UNITED STATES, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

**FILED**

**JAN 2 4 2018**

U.S. COURT OF
FEDERAL CLAIMS

## ORDER

Defendant's motion (Docket No. 8), filed January 22, 2018, to stay proceedings is **DENIED** as **MOOT**.

In addition, on January 2, 2018 the court issued an order ((Docket No. 7) copy attached) denying plaintiff's motion to proceed *in forma pauperis* and giving plaintiff notice that in order to proceed with her case the $400.00 filing fee was due by January 17, 2018 and that failure to pay the fee would result in the dismissal of her case pursuant to Rule 41 of the Rules of the United States Court of Federal Claims ("RCFC") of the case for failure to prosecute.

A review of court records indicates that plaintiff has not paid the filing fee. Accordingly, the above-captioned case is **DISMISSED** without prejudice pursuant to RCFC 41 for failure to prosecute.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge

7017 1450 0000 1346 0928

ORIGINAL

# In the United States Court of Federal Claims

No. 17-1877T
(Filed: January 3, 2018)

|  |  |  |
|---|---|---|
| TWALLI ZOLMAN, | ) | |
| | ) | |
| *Pro Se* Plaintiff, | ) | **FILED** |
| | ) | |
| v. | ) | JAN - 3 2018 |
| | ) | U.S. COURT OF |
| THE UNITED STATES, | ) | FEDERAL CLAIMS |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Plaintiff's motion for leave to proceed in forma pauperis (Filing No. 6) is hereby **DENIED.**

In order to proceed with this civil action in this court, the plaintiff must pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee- by **January 17, 2018.** If the plaintiff fails to pay the appropriate fees in accordance with this order, this action shall be dismissed without prejudice for failure to prosecute under Rule 41 of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge